**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHANNEL PARTNERS CAPITAL, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| IMAGINATION CONCEPTS, LLC and TIFFANY WEBB, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# COMPLAINT

NOW COMES Plaintiff CHANNEL PARTNERS CAPITAL, LLC ("Channel Partners"), by and through counsel, and for its Complaint against Defendants IMAGINATION CONCEPTS, LLC ("Imagination Concepts"), and TIFFANY WEBB ("Webb") (collectively the "Defendants"), states as follows:

## PARTIES

1. Channel Partners is a Delaware limited liability company with its principal place of business located in Minnetonka, Minnesota and its sole member is Onset Financial, Inc., a Utah corporation, with its principal place of business in Draper, Utah.

2. Imagination Concepts is a Wyoming limited liability company, with its principal place of business located at 429 West Ohio Street #112, Chicago, IL 60654. Upon information and belief, Webb is the CEO of Imagination Concepts.

3. Webb is a citizen of the State of Illinois, who maintains her domicile at 10033 S. Beverly Ave, Chicago, IL 60643.

## JURISDICTION AND VENUE

4. Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. § 1332(a)(1) insomuch as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2), because a substantial part of the events or omissions giving rise to Channel Partners' claims occurred in this judicial district, and because the Defendants reside and/or conduct business in this judicial district.

## BACKGROUND

6. On or about December 16, 2025, Channel Partners as lender, and Imagination Concepts, as borrower, entered into Business Loan and Security Agreement No. XXXX37-1M (the "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit 1.

7. Pursuant to the Agreement, Imagination Concepts agreed to make eighteen (18) consecutive monthly payments of $15,555.56, plus applicable taxes and adjustments. *See* Exhibit 1, p.1.

8. To induce Channel to enter into the Agreement, Webb executed a personal guaranty (the "Guaranty"), in which Webb guaranteed the full and prompt payment and performance of all of Imagination Concept's obligations under the Agreement. A true and correct copy of the Guaranty is attached hereto as Exhibit 2.

9. Imagination Concepts has failed to make payments when due under the Agreement.

10. The failure to make timely payments constitutes a default pursuant to the Agreement. *See* Exhibit 1, ¶ 5.

11. Webb has failed to make payments when due under the Guaranty.

12. As a result of the default under the Agreement and Guaranty, Channel Partners is entitled to all loan payments along with any other amounts due, immediately due and payable less five percent (5%) of the remaining unpaid payments as determined by Channel Partners' records, late charges, and recovery of interest on any unpaid balance at the rate of eighteen percent (18%) per annum, continuing to accrue until judgment is entered, plus attorneys' fees and costs pursuant to the Agreement. *See* Exhibit 1, ¶¶ 2, 5.

13. Channel Partners is also entitled to attorneys' fees and costs pursuant to the Agreement. *See* Exhibit 1, ¶ 2.

14. Channel Partners demanded payment from Imagination Concepts pursuant to the Agreement, but Imagination Concepts has failed or refused to make payments.

15. Channel Partners has fully performed its obligations under the terms of the Agreement.

**COUNT I - BREACH OF CONTRACT**
**AGAINST IMAGINATION CONCEPTS, LLC**

16. Channel Partners realleges and reasserts Paragraphs 1 through 15 of its Complaint as though fully set forth herein.

17. Imagination Concepts defaulted under the Agreement by failing or refusing to make payments when due.

18. Due to Imagination Concepts' default under the Agreement, Channel Partners has suffered actual damages and is entitled to payment in the amount of $251,222.29 which is the remaining receivable balance discounted to the present value as of March 11, 2026, plus prejudgment interest at a rate of eighteen percent (18%) per year from the date of default until entry of judgment, and late charges.

WHEREFORE, Plaintiff CHANNEL PARTNERS CAPITAL, LLC respectfully requests that the Court enter judgment in its favor and against Defendant IMAGINATION CONCEPTS, LLC in the amount of $251,229.29, plus prejudgment interest at a rate of eighteen percent (18%) per year from the date of default until entry of judgment, late charges, and such other and further relief which this Court deems just.

**COUNT II – BREACH OF GUARANTY**
**AGAINST TIFFANY WEBB**

19. Channel Partners re-alleges and reasserts Paragraphs 1 through 18 of its Complaint as though fully set forth herein.

20. Webb defaulted under the Guaranty by failing and refusing to make payments when due.

21. Because of Webb's default under the Guaranty, Channel Partners has suffered actual damages and is entitled to payment in the amount of $251,222.29 which is the remaining receivable balance discounted to the present value as of March 11, 2026, plus prejudgment interest at a rate of eighteen percent (18%) per year from the date of default until entry of judgment, and late charges.

WHEREFORE, Plaintiff CHANNEL PARTNERS CAPITAL, LLC, respectfully requests that the Court enter judgment in its favor and against Defendant TIFFANY WEBB in the amount of $251,222.29, plus prejudgment interest at a rate of eighteen (18%) per year from the date of default until entry of judgment, late charges, and such other and further relief which this Court deems just.

CHANNEL PARTNERS CAPITAL, LLC

By: /s/ D. Alexander Darcy

D. Alexander Darcy (ARDC#: 06220515)
Darcy & Devassy PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
adarcy@darcydevassy.com