THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

# GUARANTY

Capitalized terms have the meanings assigned in the above Loan except as the context requires.

The undersigned guarantor(s), (each, if more than one, is herein called “Guarantor”) will benefit from the loan by Lender to Borrower to be made under the above Loan Agreement, which Guarantor has read. Lender would not make the loan or accept the Loan Agreement without this Guaranty. Guarantor (and each of them jointly and severally if more than one) unconditionally guaranties the full and prompt payment and performance of all Borrower’s obligations under the Loan even if Lender changes or renews the Loan Agreement, or if any payments made by Borrower are rescinded or voided due to Borrower’s or any Guarantor’s insolvency, bankruptcy or reorganization, as if the payment had not been made. Guarantor waives notice of default under the Loan Agreement. If Borrower defaults, Guarantor will immediately pay in accordance with the default provisions of the Loan Agreement all obligations due thereunder. Guarantor will not be released or discharged if Lender: (i) fails to perfect a security interest in any Collateral; (ii) fails to protect the Collateral; (iii) abandons or releases any Collateral; or (iv) releases any Collateral or any Guarantor. Guarantor agrees that Lender does not have to proceed first against Borrower, any Collateral or any other guarantor or other person, including any Guarantor signing below. Guarantor waives notice of acceptance of this Guaranty and of all other notices or demands and suretyship defenses of any kind. Guarantor will reimburse Lender for all expenses incurred in enforcing its rights against Borrower, or any Guarantor, including without limitation, attorneys’ fees and costs. Guarantor has read Section 8 of the Loan Agreement. This is an irrevocable, continuing Guaranty of performance and not of collection and binds Guarantor’s heirs, administrators and representatives. Guarantor agrees that this Guaranty will not terminate until Lender has been paid all amounts owing to Lender and Borrower has performed all of Borrower’s obligations under the Loan Agreement. Guarantor agrees that in any action brought to enforce this Guaranty in which Lender is the prevailing party, Guarantor will pay to Lender all reasonable attorneys’ fees, court costs, discovery costs and expenses incurred by Lender. THE PROVISIONS REGARDING JURISDICTION, VENUE AND SERVICE OF PROCESS CONTAINED IN THE LOAN AGREEMENT APPLY TO THIS GUARANTY. GUARANTOR WAIVES, INSOFAR AS PERMITTED BY LAW, TRIAL BY JURY. This Guaranty may be executed in two (2) or more counterparts but all of which together shall constitute one and the same agreement. Counterparts may be delivered via facsimile, electronic mail or other transmission method of any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes and admissible evidence of this Guaranty.

**GUARANTOR: DO NOT SIGN THIS GUARANTY UNLESS YOU UNDERSTAND AND AGREE TO ALL OF ITS TERMS AND ALL OF THE TERMS OF THE LOAN.**

**Guarantor:** Tiffany Webb

**Signature:** Signed by: Tiffany Webb 34814B982802477...

**Date:** 12/15/2025 | 10:42:42 CST

**Please upload a driver's license (optional):**

COPY VIEW

EXHIBIT
tabbies
2