# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | | |
|---|---|---|
| **CHANNEL PARTNERS CAPITAL, LLC**<br>*Plaintiff*<br>v.<br>**IMAGINATION CONCEPTS, LLC and TIFFANY WEBB**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-04158 |

## AFFIDAVIT OF SERVICE

I, Noe Ramirez, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to TIFFANY WEBB in Cook County, IL on June 6, 2026 at 10:00 pm at 4950 179th St, Country Club Hills, IL 60478-2916 by leaving the documents while explaining the contents therein at the usual place of abode of TIFFANY WEBB with John Doe (refused first and last name) who is the Co-resident including co-habitant of TIFFANY WEBB, resides with TIFFANY WEBB and is 13 years old or older.

AMENDED COMPLAINT
SUMMONS IN A CIVIL ACTION

Additional Description:
An African American male answered the door and accepted the documents. He refused to provide his name and relationship to the subject.

Race: Black or African American, Sex: Male, Est. Age: 25-35, Hair: Black, Glasses: N, Est. Weight: 220 lbs to 240 lbs, Est. Height: 6' to 6' 3".
Photograph: See Exhibit 1

Total Cost: $380.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Cook County,

IL on 6/9/2026.

/s/ *Noe Ramirez*

Signature
Noe Ramirez
+1 (708) 646-1070
Proof Illinois LLC
No. 117.001863

Below are my previous attempts at serving TIFFANY WEBB:

Date / Time: May 19, 2026 9:52 pm
Address: 6949 S Elizabeth St, Chicago, IL 60636-3522
Geolocation: https://google.com/maps?q=41.7672577,-87.655361
Description: No contact was made at the service address. Empty lot. No additional contacts were made.

Date / Time: June 4, 2026 9:43 pm
Address: 10033 S Beverly Ave, Chicago, IL 60643-1353
Geolocation: https://google.com/maps?q=41.7104182,-87.6578594
Description: I spoke with a resident at the location. They stated that the subject has moved from this address. Observed no relevant details during this attempt. No additional contacts were made.


Exhibit 1a)
TELLURIDE

Exhibit 1b)




Exhibit 1c)
RAM