**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHANNEL PARTNERS CAPITAL, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-04158 |
| | ) | |
| v. | ) | |
| | ) | |
| IMAGINATION CONCEPTS, LLC | ) | |
| and TIFFANY WEBB, | ) | |
| | ) | |
| Defendants. | ) | |

# CERTIFICATE OF SERVICE

To:

Imagination Concepts, LLC
c/o Tiffany Webb
1712 Pioneer Ave. Ste. 115
Cheyenne, WY 82001

Imagination Concepts, LLC
c/o Tiffany Webb
429 West Ohio Street #112
Chicago, IL 60654

I, Michael Currie, an attorney, do hereby certify that, in accordance with the State of Illinois requirements for service on corporations via the Illinois Secretary of State, I caused a copy of the *Affidavit of Compliance for Service on Illinois Secretary of State* filed with the Illinois Secretary of State on July 10, 2026 and filed with this Court on July 29, 2026, the *Amended Complaint* with corresponding exhibits filed on April 14, 2026, and the *Summons* issued on April 15, 2026, to be served upon Defendant Imagination Concepts, LLC regular and certified mail by depositing same in the U.S. Mail at 444 North Michigan Avenue, Chicago, Illinois 60611, with proper postage prepaid on the 29th day of July 2026, copies of which are attached hereto.

Dated: July 29, 2026

CHANNEL PARTNERS CAPITAL, LLC

By: /s/_D. Alexander Darcy___ ___

D. Alexander Darcy (ARDC # 06220515)
Michael Currie (ARDC # 6348834)
Darcy & Devassy PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
adarcy@darcydevassy.com
mcurrie@darcydevassy.com

Form **LLC-1.50**
September 2013

**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.ilsos.gov

**Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void.**

Illinois Limited Liability Company Act

## Affidavit of Compliance for Service on Secretary of State

**SUBMIT IN DUPLICATE**
Type or Print Clearly

This space for use by Secretary of State.

**Filing Fee:** $5
**Approved:** CC

FILE # 98035184
This space for use by Secretary of State.

FILED
JUL 10 2026
ALEXI GIA...
SECRETARY O...

1. Name of Limited Liability Company being served: Imagination Concepts, LLC
2. Title of Case and Case Number:

   Channel Partners Capital, LLC — First Named Plaintiff
   v.
   Imagination Concepts, LLC and Tiffany Webb — First Named Defendant
   Number: 1:26-cv-04158

3. Title of Court in which an action, suit or proceeding has been commenced: Northern District of Illinois
4. Title of Instrument being served: Amended Complaint, exhibits, and Summons
5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.
6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certified or registered mail: 1712 Pioneer Ave. Ste. 115 Cheyenne, WY 82001
7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☐ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.
   b. ☑ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☐ The Limited Liability Company was dissolved on ____________ (Month, Day, Year); the conditions of paragraphs a and b above exist; and the action, suitor preceding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on ____________ (Month, Day, Year); the conditions of a. or b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on ____________ (Month, Day, Year).
8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

[signature] — Signature of Affiant
June 29 (Month/Day), 2026 (Year)

Michael Currie — Name (print)

(312) 784-2400 — Telephone Number

**RETURN TO: (Please type or print clearly.)**

Michael Currie — Name
444 N. Michigan Ave., suite 3270 — Street
Chicago, IL 60611 — City, State, ZIP

CERTIFIED MAIL

9589 0710 5270 3967 7565 67

quadient
FIRST-CLASS MAIL
IMI
$011.85º
07/29/2026 ZIP 60611
043M30272359
US POSTAGE

Darcy & Devassey PC
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611

Imagination Concepts, LLC
c/o Tiffany Webb
429 West Ohio Street #112
Chicago, IL 60654

Darcy & Devassey PC
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

9589 0710 5270 3967 7565 74

quadient
FIRST-CLASS MAIL
IMI
$011.85⁰
07/29/2026 ZIP 60611
043M30272359
US POSTAGE

Imagination Concepts, LLC
c/o Tiffany Webb
1712 Pioneer Ave. Ste. 115
Cheyenne, WY 82001

Darcy & Devassey PC
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611

quadient
FIRST-CLASS MAIL
IMI
$001.65 [0]
07/29/2026 ZIP 60611
043M30272359
US POSTAGE

Imagination Concepts, LLC
c/o Tiffany Webb
429 West Ohio Street #112
Chicago, IL 60654

Darcy & Devassey PC
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611

quadient
FIRST-CLASS MAIL
IMI
$001.65º
07/29/2026 ZIP 60611
043M30272359
US POSTAGE

Imagination Concepts, LLC
c/o Tiffany Webb
1712 Pioneer Ave. Ste. 115
Cheyenne, WY 82001