**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHANNEL PARTNERS CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>IMAGINATION CONCEPTS, LLC<br>and TIFFANY WEBB,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-4158<br><br>Honorable Thomas M. Durkin |

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT
AS TO DEFENDANTS IMAGINATION CONCEPTS, LLC AND TIFFANY WEBB**

NOW COMES Plaintiff CHANNEL PARTNERS CAPITAL, LLC ("Channel Partners"), by and through counsel, and pursuant to FED. R. CIV. P. 55(a), and moves for entry of default as to Defendants IMAGINATION CONCEPTS, LLC ("Imagination Concepts"), and TIFFANY WEBB ("Webb") (collectively the "Defendants") for failure to answer or otherwise plead, and states as follows:

1. On April 14, 2026, Channel Partners filed its Complaint for breach of contract against Imagination Concepts, and breach of guaranty against Webb. *See* Docket Entry No. 1.

2. On April 14, 2026, Channel Partners filed its Amended Complaint for breach of contract against Imagination Concepts, and breach of guaranty against Webb. *See* Docket Entry No. 5.

3. On June 6, 2026, this Court's Summons and Channel Partners' Amended Complaint were served on Webb by way of substitute service pursuant to Federal Rule of Civil Procedure 4(e)(2)(B) at 4950 179th St, Country Club Hills, IL 60478-2916. *See* Docket Entry No. 11.

4. On July 29, 2026, this Court's Summons and Channel Partners' Amended Complaint were served on Imagination Concepts through the Illinois Secretary of State. *See* Docket Entry No. 13.

5. Federal Rule of Civil Procedure 12(a)(1)(A)(i) provides the time for serving a responsive pleading is within twenty-one (21) days of service of the Complaint. FED. R. CIV. P. 12(A)(1)(A)(I) (WEST 2026).

6. Pursuant to FED. R. CIV. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

7. Webb's deadline to answer Channel Partners' Amended Complaint or otherwise plead was June 29, 2026.

8. Imagination Concepts' deadline to answer Channel Partners' Amended Complaint or otherwise plead was August 19, 2026.

9. As of the time of filing this motion, Webb has failed to answer or otherwise plead.

10. As of the time of filing this motion, Imagination Concepts has failed to answer or otherwise plead.

11. In further support of this Request for Entry of Default, Channel Partners submits the accompanying Declaration of Michael Currie in Support of Request for Entry of Default, attached hereto as Exhibit 1, stating that he has checked the Court's electronic docket and determined that Defendants have not appeared, answered and/or otherwise pleaded.

WHEREFORE, Plaintiff CHANNEL PARTNERS CAPITAL, LLC respectfully requests that the Clerk of this Court enter default against Defendants IMAGINATION CONCEPTS, LLC and TIFFANY WEBB.

CHANNEL PARTNERS CAPITAL, LLC

By: /s/ Michael Currie

D. Alexander Darcy (ARDC # 6220515)
Michael Currie (ARDC # 6348834)
Darcy & Devassy PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
adarcy@darcydevassy.com
mcurrie@darcydevassy.com