**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHANNEL PARTNERS CAPITAL, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-4158 |
| | ) | |
| v. | ) | |
| | ) | Honorable Thomas M. Durkin |
| IMAGINATION CONCEPTS, LLC | ) | |
| and TIFFANY WEBB, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF MICHAEL CURRIE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS IMAGINATION CONCEPTS, LLC AND TIFFANY WEBB**

I, Michael Currie, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am over the age of eighteen.

2. I have personal knowledge of the matters set forth herein and if called to testify, I would testify as set forth herein.

3. This Declaration is submitted in support of Plaintiff CHANNEL PARTNERS CAPITAL, LLC's ("Channel Partners") Request for Clerk's Entry of Default as to Defendants IMAGINATION CONCEPTS, LLC ("Imagination Concepts"), and TIFFANY WEBB ("Webb") (collectively the "Defendants").

4. I am an attorney at Darcy & Devassy, PC and I represent Plaintiff Channel Partners in the above-captioned matter.

5. On April 14, 2026, Channel Partners filed its Complaint against Imagination Concepts and Webb in the United States District Court for the Northern District of Illinois, Eastern Division, as Case No. 1:26-cv-4158. *See* Docket Entry No. 1.



EXHIBIT
1

6. On April 14, 2026, Channel Partners filed its Amended Complaint for breach of contract against Imagination Concepts, and breach of guaranty against Webb. *See* Docket Entry No. 5.

7. On June 6, 2026, Channel Partners served Webb by way of substitute service. *See* Docket Entry No. 11.

8. On July 29, 2026, Channel Partners served Imagination Concepts by way of service through the Illinois Secretary of State. *See* Docket Entry No. 13.

9. More than twenty-one (21) days have elapsed since Webb was served with Channel Partners' Amended Complaint, and Webb failed to plead or otherwise respond pursuant to the Federal Rules of Civil Procedure.

10. More than twenty-one (21) days have elapsed since Imagination Concepts was served with Channel Partners' Amended Complaint, and Imagination Concepts failed to plead or otherwise respond pursuant to the Federal Rules of Civil Procedure.

11. On August 25, 2026, I reviewed the docket in the above-mentioned case and found that Defendants failed to file an appearance, answer, or other responsive pleading.

By: /s/ Michael Currie

D. Alexander Darcy (ARDC # 6220515)
Michael Currie (ARDC # 6348834)
Darcy & Devassy PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
adarcy@darcydevassy.com
mcurrie@darcydevassy.com